**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00588-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant**

**V.**

**ORIX CAPITAL MARKETS LLC AND WELLS FARGO BANK MINNESOTA, N.A.,
Appellees**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15428-G

## ORDER
Before Justices Fillmore, Myers, and Evans

We **DENY** the "Motion of Transcontinental Realty Investors, Inc. for Judicial Review of Court's March 19, 2015 Order Denying Transcontinental's Motion Pursuant to Section 52.0011 of the Texas Property Code" because this Court lacks jurisdiction to review the order under Texas Rule of Appellate Procedure 24.4.

/s/    LANA MYERS
JUSTICE